# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Turner Construction Company | ) | ASBCA Nos. 61475, 61476 |
| | ) | |
| Under Contract No. N40080-14-C-0154 | ) | |

APPEARANCES FOR THE APPELLANT:

Angela M. Richie, Esq.
  Gordon & Rees Scully Mansukhani, LLP
  Louisville, KY

Douglas L. Patin, Esq.
  Bradley Arant Boult Cummings, LLP
  Washington, DC

Zachary Jones, Esq.
  Stites & Harbison, PLLC
  Nashville, TN

APPEARANCES FOR THE GOVERNMENT:

Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Robert Kiepura, Esq.
Jonathan M. Warren, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The parties have advised the Board they have resolved the disputes and have requested that the appeals be dismissed with prejudice. Accordingly, for good cause shown, the appeals are dismissed with prejudice. This dismissal together with the dismissal order simultaneously issued in ASBCA Nos. 61473, 61474 leaves no appeals remaining before the Board arising from the performance of Contract No. N40080-14-C-0154. The Board commends the parties for their successful efforts to resolve the appeals.

Dated: March 22, 2019

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61475, 61476, Appeals of Turner Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
